**Order entered January 9, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00854-CV

### IN THE ESTATE OF DARRELL G. PILGRIM, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-03648-1**

### ORDER

Before the Court is appellant's January 6, 2023 unopposed second motion for an extension of time to file his opening brief. Appellant explains in the motion that the reporter's record is not yet complete. Until the reporter's record is complete, the time to file appellant's brief is not triggered. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** the motion as premature.

On the Court's own motion, we **ORDER** Court Reporter Kelly Capetti to file the requested supplemental reporter's record **on or before JANUARY 26, 2023**.[1]

We **DIRECT** the Clerk of this Court to send a copy of this order to Jackie Galidndo, Official Court Reporter for Probate Court No. 1;, Ms. Capetti; and, all parties.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE

---

[1] The parties submitted their Agreed Request to Supplement Reporter's Record to Ms. Capetti and Official Court Reporter Jackie Galindo on December 15, 2022.